IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00873-DME-CBS

COBRA NORTH AMERICA, LLC, a Colorado Limited Liability Company,
d/b/a Pyrolance North America,

      Plaintiff,

v.

COLD CUT SYSTEMS SVENSKA AB, a Swedish company,

      Defendant.

## ORDER

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (doc. no. 9) and Defendant's Motion to Stay Proceedings Pending Arbitration and for Preliminary Induction (doc. no. 16).

IT IS ORDERED that a one-day hearing will be held on **August 22, 2008, at 9:00 a.m. (Mountain Standard Time)** in Courtroom C201 of the Byron Rogers Federal Building; 1961 Stout Street, Denver, Colorado.

IT IS FURTHER ORDERED that response briefs are due **July 30, 2008**; reply briefs are due **August 5, 2008**; and witness and exhibit lists are to be exchanged between the parties no later than **August 8, 2008**.

IT IS FURTHER ORDERED that the parties are to contact the Court at (303) 844-3800 no later than **August 8, 2008,** informing the Court of the full names and

contact telephone numbers of all witnesses who will be testifying at the hearing via telephone.

DATED: July 17, 2008

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge