# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-00873-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  August 7, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| COBRA NORTH AMERICA, LLC, <br> d/b/a PYROLANCE NORTH AMERICA, <br> a Colorado limited liability company, | Tobin D. Kern, via telephone |
| **Plaintiff,** | |
| v. | |
| COLD CUT SYSTEMS SVENSKA AB, <br> a Swedish company, *et al.*, | Joshua C. Krumholz, via telephone <br> Neal S. Cohen, via telephone <br> Maximillian J. Bodoin, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:       4:04 p.m.**
Court calls case.  Appearances of counsel.

The First Amended Complaint (*doc. 41*) is discussed and the parties agree it is the proper operative pleading.

**ORDERED:**  Pyrolance's Second Motion to File Under Seal [filed July 30, 2008; doc. 37] is granted.  The affidavit of Richard J. Holzer, Jr. (*doc. 38*) shall remain sealed.

**ORDERED:**  The Unopposed, Amended Second Motion to File Under Seal [filed August 5, 2008; doc. 43] is granted for the reasons stated on the record.

HEARING CONCLUDED.

**Court in recess:       4:21 p.m.**
Total time in court:    00:17