IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                           JUDGE DAVID M. EBEL

Courtroom Deputy: Bernique Abiakam          Date: September 30, 2008
Court Reporter: Darlene Martinez

Civil Action No.: 08-cv-00873-DME-CBS

*Parties:*                                   *Counsel:*

COBRA NORTH AMERICA, LLC,                    Tobin Kern
d/b/a PYROLANCE NORTH AMERICA,

    Plaintiff,

v.

COLD CUT SYSTEMS SVENSKA AB,                 Joshua Krumholz

    Defendant.

---

## COURTROOM MINUTES

HEARING: Closing Argument (Preliminary Injunction)

**10:05 a.m.**    **Court in session**.

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:**   Pyrolance's Motion For Leave To Submit Additional Authority (Filed 9/23/08; Doc. No. 62) is GRANTED.

**ORDERED:**   Motion To Strike By Cold Cut Systems Svenska AB (Filed 9/24/08; Doc. No. 63) is DENIED.

**ORDERED:**   Motion To Stay Proceedings Pending Arbitration And For Preliminary Injunction (Filed 6/23/08; Doc. No. 16) is WITHDRAWN in part as specified.

**ORDERED: Counsel shall file supplemental briefs on or before October 10, 2008. Briefs shall not exceed 10 pages.**

10:11 a.m.   Argument by Mr. Kern.

10:30 a.m.   Questions by the Court.

10:32 a.m.   Continued argument by Mr. Kern.

10:35 a.m.   Argument by Mr. Krumholz.

11:06 a.m.   Further argument by Mr. Kern.

11:14 a.m.   Final comments by the Court.

**11:15 a.m.   Court in recess.**
Hearing concluded.
Total in-court time: 1 hour,10 minutes