IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00873-DME-CBS

COBRA NORTH AMERICA, LLC, a Colorado Limited Liability Company,
d/b/a Pyrolance North America,

      Plaintiff,

v.

COLD CUT SYSTEMS SVENSKA AB, a Swedish company,

      Defendant.

---

**ORDER**

---

This matter is before the court on two motions: 1) the motion of Defendant Cold Cut Systems Svenska AB ("CCS") seeking leave to submit the declaration of Lars Heuman (Doc. 107); and 2) the unopposed motion of Plaintiff Cobra North America seeking leave to submit a document in opposition to CCS's motion to dismiss (Doc. 111).  Upon consideration of these two motions, and the pleadings filed in response to them, the Court GRANTS both motions.

      DATED:   August 31, 2009

                         BY THE COURT:

                         *s/ David M. Ebel*

                         _____
                         David M. Ebel
                         United States Circuit Judge