IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00873-DME-CBS

COBRA NORTH AMERICAN, LLC, a Colorado Limited Liability Company, d/b/a
PYROLANCE NORTH AMERICA,

    Plaintiff,

v.

COLD CUT SYSTEMS SVENSKA AB, a Swedish Company,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Joint Motion for Dismissal With Prejudice executed by counsel for Plaintiff and by counsel for Defendant. The Court having reviewed the motion and being fully advised hereby;

ORDERS that all claims which were brought and all claims arising out of the captioned matter which could have been brought between Plaintiff and Defendant are hereby dismissed and this civil action is dismissed with prejudice, each party to pay its own costs and fees.

    Dated: May 13, 2010

                              BY THE COURT:

                              *s/ David M. Ebel*

                              UNITED STATES CIRCUIT JUDGE